Certificate Number: 05781-VAE-DE-041211350

Bankruptcy Case Number: 26-30870



05781-VAE-DE-041211350

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 15, 2026, at 6:30 o'clock PM PDT, Karnesha Fitz-Trowell completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the Eastern District of Virginia.

Date:   July 15, 2026                          By:      /s/Allison M Geving

Name:   Allison M Geving

Title:    President